# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### New Haven Division

2017 NOV 13 P 1: 00

FILED
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: JOVANA ZACKOWSKI,       :    Chapter 13
Debtor

:    Case No:

:    NOVEMBER 13, 2017

_____ :

## DEBTOR'S CHAPTER 13 PLAN

The Debtor in the above-captioned civil action hereby proposes the following payments as her Chapter 13 Plan.

**A.    AS TO THE UNSECURED PRIORITY CLAIMS:**

1.    The Debtor proposes to pay all allowed unsecured priority claims in full, contemplated to be nil, paid in 36 equal installments of $0.00 monthly, over the life of the Plan.

**B.    AS TO UNSECURED NONPRIORITY CLAIMS:**

1.    The Debtor proposes to pay all allowed unsecured non-priority claims by pro-rata to the total of $3636.00, paid in 36 equal installments of $101.00 monthly, over the life of the Plan. The payments are estimated to be 100% of anticipated claims, although not all claims may be allowed claims. To the extent that claims are disallowed, the funds pool for disbursement will generate a higher yield for allowed unsecured non-priority claims within this claim group.

### C. COMMENCEMENT OF PLAN

1. Plan payments shall commence within 30 days of filing of the Debtor's Petition, if a Chapter 13 Trustee is appointed. In the alternative, Plan payments shall commence within 30 days of the appointment of the Chapter 13 Trustee, or upon the approval of the Plan, whichever is earlier.

### D. DURATION OF PLAN

1. This is a 36-month Plan. Plan payments shall continue for thirty-six (36) consecutive months, unless discharged by lump sums payments earlier.

BY THE DEBTOR,

*Jovana D. Zackowski*
JOVANA D. ZACKOWSKI
515 Hunting Hill Avenue
Middletown, CT 06457