# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
December 6, 2017

In re:
    Jovana D. Zackowski                                      Case Number: 17–31724 amn
                             Debtor*                              Chapter: 13

### AMENDMENT DEFICIENCY NOTICE

Your amendment to schedules and/or statements is not being processed for the following reason(s):

☐ *No filing fee included ($31.00 filing fee)

☐ Amendment does not identify what creditors are being added.

☐ Your Amendment does not specify what schedule is being amended (A/B,C,D,E/F,G,H,I or J).

☑ Certification of service is not attached for Schedule D or E/F.

☑ Amendment is not signed by the debtor(s).

☐ PDF incorrect/unreadable/incorrect document attached.

☐ The schedules as amended include the addition of creditors to Schedules D and/or E/F. Submit an amended matrix listing the added creditors only.

☐ Outdated forms submitted . Refile using the current version of forms dated

☐ Other:_____

**Note: To re–file, attach the correct/complete/readable PDF and docket the new filing as follows:**

    Please correct the above named deficiencies and submit a **"Corrected Amendment"** with the clerk's office within fourteen days from the date of this notice. Your amendment will not be processed if this deficiency is not corrected and your amendment may be disallowed and stricken from the record.

*If the filing fee is the only deficiency, you do not need to refile the amendment.

Dated: December 6, 2017

                                                                                  For the Court
                                                                                  Myrna Atwater
                                                                                 Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov

*For the purposes of this order, "Debtor" means "Debtors" where applicable.