# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 7, 2017

In re:
    Jovana D. Zackowski

Debtor*

Case Number: 17–31724 amn
Chapter: 13

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **December 20, 2017** at **11:00 AM** to consider and act upon the following matter(s):

    **Motion for Relief from Stay regarding 515 Hunting Hill Avenue, Middletown, CT Filed by Patricia Davis on behalf of WELLS FARGO BANK, N.A., Creditor. (Re: Doc #15)**

**CERTIFICATE OF SERVICE DUE:** December 13, 2017 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: December 7, 2017

For the Court

*Myrna Atwater*
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – pe

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the **initial hearing**, you must file a request for continuance of initial hearing (refer to court's website at www.ctb.uscourts.gov for the official form). Any subsequent requests for continuance require the filing of a Motion to Continue Hearing.

Myrna Atwater, Clerk of Court