UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (NEW HAVEN)

In Re:                                          Chapter 13
    Jovana D. Zackowski                    Case No.: 17-31724
    Debtor

_____/

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Bruce P. Bennett pursuant to Rule 9010, gives notice of appearance for the

creditor WELLS FARGO BANK, N.A, and requests that all notices given or required to

be given in this case and all papers served or required to be served in this case, be given

and served upon the undersigned attorney at the address below.

               WELLS FARGO BANK, N.A
               By and through their attorney,


               <u>/s/ Bruce P. Bennett, Esq.</u>
               Bruce P. Bennett
               Juris No. 435784
               BENNETT LAW P.C.
               63 Calhoun Street
               Washington Depot, CT 06794
               (475) 206-1199
               BPB@BRUCEBENNETTLAW.COM

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECTICUT (NEW HAVEN)

In Re:                                    Chapter 13
    Jovana D. Zackowski              Case No.: 17-31724
    Debtor

_____/

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy
Procedure, 2002 and 7004, the undersigned certifies that on the 19th day of December
2017, the following documents were served on the U.S. Trustee and all appearing
parties via the court's electronic filing system or, by first class mail on the parties
listed in section 2 below.

   1.  Documents Served:

      1.    Notice of Appearance and Request for Notice

      2.    Certificate of Service

                  /s/ Bruce P. Bennett, Esq.
                  Bruce P. Bennett
                  Juris No. 435784
                  63 Calhoun Street
                  Washington Depot, CT 06794
                  (475) 206-1199
                  BPB@BRUCEBENNETTLAW.COM

VIA ECF
U.S. Trustee, on behalf of the US Trustee
Roberta Napolitano, Esq., on behalf of the Trustee

VIA US MAIL
Jovana D. Zackowski
515 Hunting Hill Ave
Middletown, CT 06457