## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| **In re:**<br><br>**Jovana D. Zackowski**<br>    Debtor<br><br>**WELLS FARGO BANK, N.A.**<br>    Movant<br><br>**vs.**<br><br>**Jovana D. Zackowski**<br>    Respondent<br><br>**Roberta Napolitano**<br>    Respondent | **Chapter 13**<br>**Case No. 17-31724** |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Now comes WELLS FARGO BANK, N.A ("Creditor") and withdraws its Motion for Relief from Stay (Doc#15).

                                                        Respectfully submitted,

                                                        WELLS FARGO BANK, N.A
                                                        By its attorney

Date: December 21, 2017

                                                        / s/ Patricia A. Davis, Esq.
                                                        Patricia A. Davis, Esq. # 25753
                                                        Marinosci Law Group, P.C.
                                                        275 West Natick Road, Suite 500
                                                        Warwick, RI  02886
                                                        Telephone:  (401) 234-9200

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| **In re:**<br><br>**Jovana D. Zackowski**<br>    Debtor<br><br>**WELLS FARGO BANK, N.A.**<br>    Movant<br><br>vs.<br><br>**Jovana D. Zackowski**<br>    Respondent<br><br>**Roberta Napolitano**<br>    Respondent | **Chapter 13**<br>**Case No. 17-31724** |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 21st day of December, 2017, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:

    1. Notice of Withdrawal

    2. Certificate of Service

/s/ Patricia A. Davis, Esq.
Patricia A. Davis, Esq. # 25753
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone:  (401) 234-9200

VIA ECF
Office of the U.S. Trustee, on behalf of the U.S. Trustee
Roberta Napolitano, Esq., on behalf of the Trustee

<u>VIA US MAIL</u>
Jovana D. Zackowski
515 Hunting Hill Ave
Middletown, CT 06457