# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| **In re:**<br><br>**Jovana D. Zackowski**<br>     Debtor<br><br>**Secretary of Veterans Affairs, an Officer of the United States of America, and its successors and assigns, at Department of Veterans Affairs**<br>     Movant<br><br>vs.<br><br>**Jovana D. Zackowski**<br>     Respondent<br><br>**Roberta Napolitano**<br>     Respondent | **Chapter 13**<br>**Case No. 17-31724** |

**MOTION FOR RELIEF FROM AUTOMATIC STAY
BY SECRETARY OF VETERANS AFFAIRS, AN OFFICER OF THE UNITED STATES
OF AMERICA, AND ITS SUCCESSORS AND ASSIGNS, AT DEPARTMENT OF
VETERANS AFFAIRS**

Now comes Secretary of Veterans Affairs, an Officer of the United States of America, and its successors and assigns, at Department of Veterans Affairs ("Veterans Affairs") owner of that property known as 515 Hunting Hill Avenue, Middletown, CT 06457 (the "Real Property"), and hereby moves this Court for an order pursuant to 11 U.S.C. §362(d) for relief from the automatic stay, so that it may proceed to exercise its rights, pursuant to applicable state and federal law, in and to the Property. In support of its motion, Veterans Affairs states the following:

1.    On January 6, 2016, Wells Fargo Bank, N.A. became the owner of the Real Property as evidenced by a Certificate of Foreclosure recorded on January 14, 2016 in the Town of Middletown Land Evidence Records in Book 1858 at Page 693-694 (attached hereto as Exhibit "A").

2.    On January 11, 2016, the property was conveyed to Veterans Affairs by Warranty Deed recorded on January 19, 2016 in the Town of Middletown Land Evidence Records in Book 1858 at Page 928-929 (attached hereto as Exhibit "B").

3.    On November 13, 2017 Jovana D. Zackowski ("Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

4.    Based on information and belief, Debtor maintains a possessory interest in the Real Property

5.    Veterans Affairs seeks relief from stay as owner of the Property to enforce its rights against Debtor pursuant to applicable state and federal law, in gaining possession of said property which the Debtor continues to utilize without any claim of right or ownership.

6.    Veterans Affairs is entitled to relief pursuant to §362(d)(1) for cause because Debtor continues to holdover the Property, without cause, thus denying Veterans Affairs its right to possession and enjoyment.

WHEREFORE Veterans Affairs moves that the Court enter an Order for relief from the automatic stay, against Debtor, pursuant to §362(d) so that Veterans Affairs, and its successors and assigns, may proceed to exercise its rights to the Property pursuant to applicable state and federal law; including, without limitation, the continuation of a summary process action against occupants of the Property. Veterans Affairs further requests; that the Court waive the requisite 14 day stay under F.R.B.P. 4001(a)(3); and for other and further relief as may be just and proper.

                                        Secretary of Veterans Affairs, an Officer of the United States of America, and its successors and assigns, at Department of Veterans Affairs
By and through its attorneys,

Dated: December 27, 2017                /s/ Patricia A. Davis, Esq._____
                                                  Patricia A. Davis, Esq., #025753
                                                  Marinosci Law Group, P.C.
                                                  275 West Natick Road, Suite 500
                                                  Warwick, RI 02886
                                                  Telephone: (401) 234-9200

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| **In re:**<br><br>**Jovana D. Zackowski**<br>　　　Debtor<br><br>**Secretary of Veterans Affairs, an Officer of the United States of America, and its successors and assigns, at Department of Veterans Affairs**<br>　　　Movant<br><br>**vs.**<br><br>**Jovana D. Zackowski**<br>　　　Respondent<br><br>**Roberta Napolitano**<br>　　　Respondent | **Chapter 13**<br>**Case No. 17-31724** |

## ORDER GRANTING
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

After notice and a hearing, on Secretary of Veterans Affairs, an Officer of the United States of America, and its successors and assigns, at Department of Veterans Affairs, (hereafter, the "Movant") Motion for Relief from Stay (hereafter, the "Motion"), ECF No.___ **IT IS HEREBY ORDERED** that the Motion is **GRANTED** – the automatic stay of 11 U.S.C. § 362(a) is modified pursuant to section § 362(d) to permit the Movant, and/or its successors and assigns, to commence, continue and prosecute to judgment an eviction action and otherwise exercise its rights with respect to real property known as 515 Hunting Hill Avenue, Middletown, CT 06457, in accordance with applicable state law, and

　　　**IT IS FURTHER ORDRED** that the 14-day stay of by Fed. R. Bankr. P. 4001(a)(3) is no applicable and the Movant may immediately enforce and implement its Order.

At _____ this \_\_\_\_\_ day of _____, 2018.

_____
U.S. BANKRUPTCY JUDGE

Case 17-31724    Doc 27    Filed 12/27/17    Entered 12/27/17 09:14:36    Desc Main
Document    Page 5 of 9

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (NEW HAVEN)**

| | |
|---|---|
| **In re:**<br><br>**Jovana D. Zackowski**<br>　　　**Debtor**<br><br>**Secretary of Veterans Affairs, an Officer of the United States of America, and its successors and assigns, at Department of Veterans Affairs**<br>　　　**Movant**<br><br>**vs.**<br><br>**Jovana D. Zackowski**<br>　　**Respondent**<br><br>**Roberta Napolitano**<br>　　**Respondent** | **Chapter 13**<br>**Case No. 17-31724** |

## NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

　　Secretary of Veterans Affairs, an Officer of the United States of America, and its successors and assigns, at Department of Veterans Affairs (the "Movant") has filed a Motion for Relief, (the "Contested Matter") in the above-captioned case. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than January 10, 2018.* In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

　　　　　　　　　　　　　　　　　　　　　Secretary of Veterans Affairs, an Officer of
　　　　　　　　　　　　　　　　　　　　　the United States of America, and its
　　　　　　　　　　　　　　　　　　　　　successors and assigns, at Department of
　　　　　　　　　　　　　　　　　　　　　Veterans Affairs
　　　　　　　　　　　　　　　　　　　　　By its attorneys,

Date:  December 27, 2017

/s/ Patricia Davis, Esq.
Patricia Davis, Esq. #25753
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone:  (401) 234-9200

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| **In re:**<br><br>**Jovana D. Zackowski**<br>    Debtor<br><br>**Secretary of Veterans Affairs, an Officer of the United States of America, and its successors and assigns, at Department of Veterans Affairs**<br>    Movant<br><br>vs.<br><br>**Jovana D. Zackowski**<br>    Respondent<br><br>**Roberta Napolitano**<br>    Respondent | **Chapter 13**<br>**Case No. 17-31724** |

## **CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 27th day of December, 2017, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

Documents Served:

1. Motion for Relief

2. Exhibit A

3. Exhibit B

4. Proposed Order

5. Notice of Contested Matter /Notice of Hearing

6. Certificate of Service

                                                        /s/ Patricia Davis, Esq.
Patricia Davis, Esq. #25753
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone:  (401) 234-9200

VIA ECF
U.S. Trustee, on behalf of the US Trustee
Roberta Napolitano, Esq., on behalf of US Trustee

VIA US MAIL
Jovana D. Zackwoski
515 Hunting Hill Ave
Middletown, CT 06457

City of Middletown
Attn:  Lee Muscatello
245 deKoven Drive
Middletown, CT 06457