UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.: 17-31724 (AMN) |
|    JOVANA D. ZACKOWSKI. | : | Chapter 13 |
|    *Debtor.* | : | |

# ORDER TO SHOW CAUSE

On November 13, 2017 (the "Petition Date"), Jovana D. Zackowski, (the "Debtor"), filed this chapter 13 case. The debtor listed property located at 515 Hunting Hill Avenue, Middletown, Connecticut, (the "Property") on Schedule A/B. ECF No. 16. The Debtor did not list any creditor as holding a secured claim against the Property.

On November 22, 2017, Attorney Patricia Davis, on behalf of Wells Fargo Bank, N.A. ("Wells Fargo"), filed ECF No. 15, (the "Motion"), in which Wells Fargo asserted it owned the Property, and sought relief from the automatic stay to exercise its rights under non-bankruptcy law against the Property. Attached to the motion was a certificate of foreclosure dated January 6, 2016, in favor of Wells Fargo.

The Debtor objected to the Motion, ECF No. 17, and a hearing was held on December 20, 2017. At the hearing, the Debtor alleged she had no prior interactions with Wells Fargo and had no idea why they claimed to have title to the Property. The Debtor did admit that she did not currently own the Property. Appearing counsel for Wells Fargo, Attorney Bruce Bennett, represented that as far as he knew Wells Fargo owned the Property on the Petition Date and also owned the Property at the time of the hearing.

The court takes judicial notice of the tax assessor records of the Town of Middletown, Connecticut, that state that Wells Fargo had title but then sold the Property in January 2016. *See,* http://gis.vgsi.com/MiddletownCT/Parcel.aspx?Pid=1866, attached as Exhibit A.

The court also takes judicial notice of another motion for relief from stay filed by Wells Fargo in another debtor's case, case number 16-31067, ECF No. 21. In both the Motion here and the motion in case number 16-31067, it appears that Wells Fargo filed a motion for relief from stay after it had transferred title to the real property that was the subject of the motion.

The court also takes judicial notice of a complaint filed with the Superior Court for the State of Connecticut, VRM (Vendor Resource Management), Duly Authorized Agent for the Secretary of Veterans Affairs v. Zackowski, et.al., Docket No. MMX-CV17-6016941-S, attached as Exhibit B, in which VRM, on behalf of the Secretary of Veterans Affairs, asserted it acquired title to the Property from Wells Fargo on January 19, 2016. The court notes the Superior Court complaint is filed by the same law firm that filed the current motion for relief from stay in this court.

Despite Wells Fargo's subsequent withdrawal of the Motion, *see* ECF No. 26, it is hereby

**ORDERED**, that, Attorney Patricia Davis, Attorney Bruce Bennett and the individual or individuals affiliated with the Marinosci Law Group, P.C. who communicated with Wells Fargo respecting the Motion shall each appear and show cause why they should not be sanctioned under Fed.R.Civ.P. 11, and Fed.R.Bankr.P. 9011 on February 6, 2018 at 10:00 a.m., at the United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut; and it is further;

**ORDERED**, that, an officer of Wells Fargo (i.e., a Vice President or higher officer), who authorized or supervised an employee who authorized, the filing of the Motion shall appear and show cause why he or she should not be sanctioned; and it is further;

**ORDERED**, that, the court shall hold a hearing on February 6, 2018 at 10:00 a.m., at the United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut at which the individuals identified above shall appear and show cause why one or more of them should not be sanctioned for filing false information with this court, and it is further;

**ORDERED**, that, the Clerk shall serve Wells Fargo Bank, N.A., through appearing counsel, and it is further;

**ORDERED**, that, the Clerk shall serve this order by mail to "Attention: President or Chief Executive Officer" of the Marinosci Law Group, P.C., at their address of record, 275 West Natick Road, Suite 500, Warwick, Rhode Island 02886.

Dated this 22nd day of December, 2017, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

# EXHIBIT A

# 515 HUNTING HILL AVE

| | | | |
|---|---|---|---|
| **Location** | 515 HUNTING HILL AVE | **Mblu** | 29/ / 0049/ / |
| **Acct#** | R00127 | **Owner** | SECRETARY OF VETERAN AFFAIRS |
| **Assessment** | $132,270 | **Appraisal** | $188,960 |
| **PID** | 1866 | **Building Count** | 1 |

## Current Value

| Appraisal | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2017 | $127,320 | $61,640 | $188,960 |

| Assessment | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2017 | $89,120 | $43,150 | $132,270 |

## Owner of Record

| | | | |
|---|---|---|---|
| **Owner** | SECRETARY OF VETERAN AFFAIRS | **Sale Price** | $0 |
| **Co-Owner** | VA REGIONAL LOAN CENTER | **Certificate** | |
| **Address** | 1240 EAST NINTH ST | **Book & Page** | 1858/ 928 |
| | CLEVELAND, OH 44199 | **Sale Date** | 01/19/2016 |
| | | **Instrument** | 15 |

## Ownership History

| Ownership History | | | | | |
|---|---|---|---|---|---|
| **Owner** | **Sale Price** | **Certificate** | **Book & Page** | **Instrument** | **Sale Date** |
| SECRETARY OF VETERAN AFFAIRS | $0 | | 1858/ 928 | 15 | 01/19/2016 |
| WELLS FARGO BANK NA | $0 | | 1858/ 693 | 14 | 01/14/2016 |
| ZACKOWSKI PETER P III (EST) | $0 | | 1785/ 658 | 10 | 04/02/2013 |
| ZACKOWSKI PETER P III (EST) | $0 | | 1589/ 772 | 29 | 03/13/2007 |
| ZACKOWSKI PETER P III | $233,000 | | 1496/ 999 | 01 | 05/24/2005 |

## Building Information

### Building 1 : Section 1

| | |
|---|---|
| **Year Built:** | 1950 |
| **Living Area:** | 2,036 |
| **Replacement Cost:** | $208,726 |

| Building Percent Good: | |
|---|---|
| Replacement Cost Less Depreciation: | $127,320 |

| Building Attributes | |
|---|---|
| Field | Description |
| Style | Cape Cod |
| Model | Residential |
| Grade | C |
| Stories | 1.5 Story |
| Occupancy | 1 |
| Exterior Wall 1 | Aluminum Sidng |
| Exterior Wall 2 | |
| Roof Structure | Gable |
| Roof Cover | Asphalt Shingl |
| Interior Wall 1 | Drywall |
| Interior Wall 2 | |
| Interior Floor 1 | Hardwood |
| Interior Floor 2 | Carpet |
| Heat Fuel | Oil |
| Heat Type | Forced Air |
| Bedrooms | 4 |
| Full Baths | 2 |
| Half Baths | 0 |
| Extra Fixtures | 0 |
| Total Rooms | 8 |
| Bath Remodel | Not Updated |
| Kitchen Remodel | Not Updated |
| Extra Kitchens | 0 |
| Fireplaces | 1 |
| Extra Openings | |
| Gas Fireplace | 0 |
| Int vs Ext | Unknown |
| A/C Type | None |
| A/C % | 0 |
| Fin Bsmt Area | 0 |
| Bsmt Garage | 0 |

### Building Photo



(http://images.vgsi.com/photos/MiddletownCTPhotos//\00\01\80

### Building Layout



| Building Sub-Areas (sq ft) | | | Legend |
|---|---|---|---|
| Code | Description | Gross Area | Living Area |
| BAS | First Floor | 1,435 | 1,435 |
| FHS | Finished Half Story | 925 | 601 |
| BSM | Basement | 925 | 0 |
| FGR | Garage | 345 | 0 |
| FOP | Framed Open Porch | 55 | 0 |
| PTO | Patio | 256 | 0 |
| SLB | Slab | 510 | 0 |
| | | 4,451 | 2,036 |

## Extra Features

| Extra Features | Legend |
|---|---|

## Land

### Land Use

| | |
|---|---|
| **Use Code** | 101 |
| **Description** | Single Family |
| **Zone** | RPZ |
| **Neighborhood** | 10 |
| **Alt Land Appr Category** | No |

### Land Line Valuation

| | |
|---|---|
| **Size (Acres)** | 0.3 |
| **Frontage** | 8 |
| **Depth** | 165 |
| **Assessed Value** | $43,150 |
| **Appraised Value** | $61,640 |

## Outbuildings

| Outbuildings | Legend |
|---|---|
| No Data for Outbuildings | |

## Valuation History

| Appraisal | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2016 | $113,650 | $71,300 | $184,950 |
| 2015 | $113,650 | $71,300 | $184,950 |
| 2014 | $113,650 | $71,300 | $184,950 |

| Assessment | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2016 | $79,560 | $49,910 | $129,470 |
| 2015 | $79,560 | $49,910 | $129,470 |
| 2014 | $79,560 | $49,910 | $129,470 |

(c) 2016 Vision Government Solutions, Inc. All rights reserved.

# EXHIBIT B

STATE OF CONNECTICUT

| | |
|---|---|
| RETURN DATE: JANUARY 7, 2017 | : SUPERIOR COURT |
| | |
| VRM (VENDOR RESOURCE MANAGEMENT) | |
| DULY AUTHORIZED AGENT FOR THE | : MIDDLESEX |
| SECRETARY OF VETERANS AFFAIRS, | : HOUSING SESSION |
| AN OFFICER OF THE UNITED STATES | |
| OF AMERICA | |
| | |
| VS. | |
| | |
| THE ESTATE OF PETER P. ZACKOWSKI III; | |
| JOVANA D. ZACKOWSKI, | : DECEMBER 16, 2016 |
| THE UNKNOWN HEIRS, BENEFICIARIES, | |
| AND DEVISEES, OF THE ESTATE OF PETER P. | |
| ZACKOWSKI III; PETER P. ZACKOWSKI, IV, | |
| HEIR TO THE ESTATE OF PETER P. ZACKOWSKI III; | |
| DAVID A. ZACKOWSKI, HEIR TO THE ESTATE | |
| OF PETER P. ZACKOWSKI III; JANE DOE I; JOHN | |
| DOE I; JANE DOE II; JOHN DOE II | |

## COMPLAINT

1.      Wells Fargo Bank, N.A. became owner of the premises 515 Hunting Hill Avenue, Middletown, CT 06457, by virtue of a judgment for strict foreclosure under which the title became absolute in Wells Fargo Bank, N.A. on January 6, 2016, as evidenced by the certain Certificate of Foreclosure recorded in the Middletown Land Records on January 14, 2016 in Book 1858 at Pages 693-694. A copy of the Certificate of Foreclosure is attached and marked as Exhibit "A".

2.      The plaintiff is the owner of the premises at 515 Hunting Hill Avenue, Middletown, CT 06457, by virtue of a Warranty Deed recorded on January 19, 2016. Plaintiff is entitled to exclusive possession of the Premises. A copy of the Warranty Deed is attached and marked as Exhibit "B".

3.      Defendant(s) originally had the right or privilege to occupy such premises such right or privilege has terminated.

4.  On December 7, 2016, the Plaintiff caused to be served a notice to quit possession of the leased premises on or before December 15, 2016 as required by law, a copy of which notice is attached and marked Exhibit "C".

5.  Although the time designated in the notice for the Defendants to quit possession of the premises has passed, the Defendants still continue in possession.

WHEREFORE,    The Plaintiff claims a Judgment for the possession of the premises.

VRM (Vendor Resource Management),
duly authorized agent for The Secretary
of Veterans Affairs, an Officer of the
United States of America

By *Eileen C. O'Shaughnessy*
Eileen C. O' Shaughnessy, Esq.
Its Attorney
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886
(401) 234-9200
Juris # 409017

Date complaint filed
With clerk: _____

After Recording Return to:
Bendett & McHugh, P.C.
Johanna R. Rodriguez
160 Farmington Avenue
Farmington, CT 06032
2337FC-20121880

Doc ID:    003228800002 Type: LAN
BK **1858** PG **693-694**

| | |
|---|---|
| DOCKET NO. MMX-CV12-6007087-S | : SUPERIOR COURT |
| WELLS FARGO BANK, N.A. | : J.D. OF MIDDLESEX |
| VS | : AT MIDDLETOWN |
| ZACKOWSKI, JOVANA D., EXECUTRIX OF THE ESTATE OF PETER P. ZACKOWSKI III, ET AL | : January 6, 2016 |

## CERTIFICATE OF FORECLOSURE

This certifies that a mortgage to Mortgage Electronic Registration Systems Inc. as Nominee for Webster Bank, National Association from Peter P. Zackowski III, dated May 20, 2005 and recorded May 24, 2005 in Volume 1496 at Page 1002 of the Middletown Land Records; assigned to **Wells Fargo Bank, N.A.** by an assignment of mortgage dated February 3, 2012 and recorded February 6, 2012 in Volume 1748 at Page 76 of the Middletown Land Records, was foreclosed upon the complaint of Wells Fargo Bank, N.A. against **JoVana D. Zackowski, Executrix of the Estate of Peter P. Zackowski III, JoVana D. Zackowski, Heir to the Estate of Peter P. Zackowski III, Peter P. Zackowski, IV, Heir to the Estate of Peter P. Zackowski III and David A.. Zackowski, Heir to the Estate of Peter P. Zackowski III, the owners of the equity of redemption, and against State of Connecticut, Department of Revenue Services, each having an interest therein,** in the Superior Court for the Judicial District of Middlesex at Middletown for the County of Middlesex and the State of Connecticut on October 13, 2015. The premises foreclosed are commonly known as **515 Hunting Hill Avenue, Middletown, CT** and are more particularly described as follows: See Exhibit A attached hereto and made a part hereof. The time for the redemption in said judgment of foreclosure has passed and title to said premises has become absolute in **Wells Fargo Bank, N.A., with an address of 3476 Stateview Blvd Fort Mill, SC 29715** on January 6, 2016.

By: _____
Michelle L. Bibeau
Bendett & McHugh, PC

POOR ORIGINAL

# EXHIBIT A

All that certain piece or parcel of land, with all buildings and improvements situated thereon, and located on the westerly side of Hunting Hill Avenue, in the Town of Middletown, County of Middlesex, and State of Connecticut, and being more particularly described as follows:

| | |
|---|---|
| NORTHERLY: | by land now or formerly of Alex R. Posze, Jr. and Mary Ellen Posze, one hundred sixty-five (165) feet, more or less; |
| EASTERLY: | by Hunting Hill Avenue, eighty (80) feet; |
| SOUTHERLY: | by land now or formerly of Vincent and Concetta Imme, one hundred sixty-five (165) feet; and |
| WESTERLY: | by land now or formerly of Thaddeus J. and Vincentina Osicki, in part, and in part by land now or formerly of Paul C. and Madeline Florkoski, in all eighty (80) feet, more or less. |

Received for Record at Middletown, CT
On 01/14/2016 At 3:22:12 pm

After recording, please return to:
Department of Veterans Affairs
VA Regional Loan Center
1240 East Ninth Street
Cleveland, OH 44199

Doc ID: 003229790002 Type: LAN
BK 1858 PG 928-929

## STATUTORY FORM WARRANTY DEED

Wells Fargo Bank, N.A. of 3476 Stateview Boulevard Fort Mill, SC 29715, (Grantor). for no consideration paid, grants to **Secretary Of Veterans Affairs, an Officer of the United States of America, and it successors and assigns, at Department of Veterans Affairs. VA Regional Loan Center, 1240 East Ninth Street, Cleveland, OH 44199** (Grantee) **WITH WARRANTY COVENANTS**, the following described premises:

**515 HUNTING HILL AVENUE, MIDDLETOWN, CONNECTICUT 06457** and more particularly described in an Exhibit A attached hereto and made a part hereof.

THE ABOVE PREMISES ARE ALSO CONVEYED SUBJECT TO:

1. Any and all provisions of any municipal ordinance or regulation, any federal, state, or local law, including, but not limited to, the provisions of any zoning, building, planning, or inland wetland rules and regulations governing the subject property.

2. Easements, restrictions, rights and encumbrances as of record as appear in the Middletown Land Records.

Signed this 11th day of January, 2016

WITNESSED BY:

_____
Nicole M. FitzGerald

WELLS FARGO BANK, N.A.

By: _____
Michelle L. Bibeau
Attorney in Fact for Wells Fargo Bank, N.A.

STATE OF **CONNECTICUT**     )
                              ) ss:  FARMINGTON
COUNTY OF **HARTFORD**       )

The foregoing instrument was acknowledged before me this 11th day of January, 2016, by Michelle L. Bibeau, Attorney in Fact for Wells Fargo Bank, N.A., on behalf of said corporation/partnership, as its free act and deed.

_____
Nicole M. FitzGerald
Commissioner of the Superior Court

Doc # 6015008.docx
BMPC file no. 2337FC-20121880

NO CONVEYANCE TAX COLLECTED.

_____
TOWN CLERK OF MIDDLETOWN

# EXHIBIT A

All that certain piece or parcel of land, with all buildings and improvements situated thereon, and located on the westerly side of Hunting Hill Avenue, in the Town of Middletown, County of Middlesex, and State of Connecticut, and being more particularly described as follows:

| | |
|---|---|
| NORTHERLY: | by land now or formerly of Alex R. Posze, Jr. and Mary Ellen Posze, one hundred sixty-five (165) feet, more or less; |
| EASTERLY: | by Hunting Hill Avenue, eighty (80) feet; |
| SOUTHERLY: | by land now or formerly of Vincent and Concetta Imme, one hundred sixty-five (165) feet; and |
| WESTERLY: | by land now or formerly of Thaddeus J. and Vincentina Osicki, in part, and in part by land now or formerly of Paul C. and Madeline Florkoski, in all eighty (80) feet, more or less. |

Received for Record at Middletown, CT
On 01/19/2016 At 11:37:15 am

*[signature]*