UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: Jovana D. Zackowski | ) Chapter 13 |
| | ) Case No. 17-31724 (AMN) |
| Debtor(s) | ) December 27, 2017 |

**TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE
UNDER 11 U.S.C. SECTIONS 1307 and 349(a)**

To the Debtor and all other parties in interest:

The Chapter 13 Trustee hereby moves this Court to dismiss this case with prejudice under 11 U.S.C. Section 1307 for, among other things, unreasonable delay which is prejudicial to creditors.

1. The Court has the authority to dismiss this case with prejudice.

2. Section 349 of the Bankruptcy Code "allows the bankruptcy court the alternative of conditioning the dismissal of a case with limitations on subsequent petitions where cause exists." In re Felberman, 196 B.R. 678, 682 (Bankr. S.D.N.Y. 1995).

3. Cause exists to limit the Debtor's ability to file subsequent petitions.

4. The Debtor filed this case in bad faith. The Debtor shows bad faith if the "sole and transparent purpose" of a bankruptcy is to "frustrate" foreclosure proceedings. In re Casse, 198 F.3d 327, 329 (2d Cir. 1999).

5. History of foreclosure process Internet publication of a governmental document on an official website constitutes an "official publication" within Federal Rule of Evidence 902(5). Under Rule 902(5), official publications of government offices are self-authenticating. The docket of the Connecticut Superior Court, available online at jud.ct.gov, and attached to this motion as Exhibit A, indicates that a judgment of strict

foreclosure entered in favor of the Debtor's mortgagee. The time set for redemption has passed and the Judgment of the court, Exhibit B, has not been opened. It would appear that the Debtor has lost whatever title she may have had in the property listed as being owned by her on Schedule A/B. The procedure for entering a judgment of strict foreclosure is: "On an application for a foreclosure the court will ascertain the sum that is due on the mortgage, and enquire into the value of the mortgaged premises, and will limit a time for redemption having regard to the value of the [mortgaged] premises when compared with the debt. Brand v. Woolson, 120 Conn. 211, 180 A. 293, 295 (1935). United States Bankruptcy Courts have no jurisdiction to undo the findings of the Connecticut Superior Court. "[A] United States District Court has no authority to review final judgments of a state court in judicial proceedings." D.C. Court of Appeals v. Feldman, 460 U.S. 462, 482 (1983).

6. The Debtor has failed to properly prosecute the case in the following respects:
The Debtor has failed to make a payment to the Trustee in the amount of $101.00 as required by 11 USC 1326(a) and due as of 12-13-17, and as of the date of this motion has made no payments to the Trustee.

The Debtor has failed to appear at a first meeting of creditors noticed for December 14, 2017.

The Debtor has failed to provide the Trustee with any supporting documents including but not limited to a property valuation, evidence of income, bank statement as of date of filing, and state and federal tax for the past two years, if required.

7. This motion is based upon the Debtor's causing unreasonable delay in the case prejudicial to creditors.

8. The following points and authorities are submitted in support of this motion:

   a. The debtor shall appear at any hearing required under Section 524(d). *See generally* 11 U.S.C. Section 521.

   b. The Court may dismiss a case under this chapter after notice and a hearing for cause or if the interests of the debtor and creditors would be better served by dismissal. *See generally* 11 U.S.C. Section 1307(c)(1).

9. For the above reasons, the Chapter 13 trustee respectfully requests that this Court dismiss this case, bar the Debtor from refiling a case under any chapter of the Bankruptcy Code for a period of one year, and grant such other and further relief as the court may deem appropriate in the circumstances.

/s/Patrick Crook
Roberta Napolitano, Trustee
By Patrick Crook
Staff Attorney
Ct 06760
10 Columbus Boulevard
Hartford, Connecticut 06106
860-278-9410 x130
pcrook@ch13rn.com

CERTIFICATION OF SERVICE

In accoradance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004 the undersigned certifies that on the 27th day of December 2017 the following documents were served on the United States Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

Documents Served:

1. Motion to Dismiss with Exhibits A and B

Parties Served via first class mail

**Jovana D. Zackowski**
515 Hunting Hill Ave
Middletown, CT 06457

/s/Patrick Crook
Patrick Crook

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN  DIVISION

IN RE: Jovana D. Zackowski ) Chapter 13
) Case No. 17-31724 (AMN)
Debtor(s) ) December 27, 2017

## PROPOSED ORDER VACATING ORDER FOR RELIEF AND DISMISSING PETITION WITH PREJUDICE

The Trustee (the "Movant") filed a Motion to Dismiss with Prejudice (the "Motion") the above-named case pursuant to 11 U.S.C. Sections 1307(c)(1) and 349(a) for unreasonable delay by the debtor that is prejudicial to creditors, ECF No. _____. After notice and a hearing, see 11 U.S.C. §102(1), and it appearing that the relief sought in the Motion should be granted, it is

ORDERED:

(1)     that the Order for Relief be set aside and vacated;

(2)     that the voluntary petition filed herein on , be, and the same hereby is, dismissed;

(3)     the Debtor is hereby barred from filing a case under any Chapter of the Bankruptcy Code for a period of one year from the date of this Order.

 

# State of Connecticut Judicial Branch
## Superior Court Case Look-up

Superior Court Case Look-up
 Civil/Family
 Housing
 Small Claims

Attorney/Firm Juris Number Look-up

Case Look-up
 By Party Name
 By Docket Number
 By Attorney/Firm Juris Number
 By Property Address

Short Calendar Look-up
 By Court Location
 By Attorney/Firm Juris Number
 Motion to Seal or Close
 Calendar Notices

Court Events Look-up
 By Date
 By Docket Number
 By Attorney/Firm Juris Number

Pending Foreclosure Sales

Understanding
Display of Case Information

Contact Us



Comments

**MMX-CV12-6007087-S**    WELLS FARGO BANK, N.A. v. ZACKOWSKI, ADMINISTRATRIX OF THE EST, JOVANA Et Al

Prefix/Suffix: [none]    Case Type: P00    File Date: 02/29/2012    Return Date: 03/13/2012

Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help ▶
Pending Foreclosure Sales    To receive an email when there is activity on this case, click here.

Information Updated as of: 12/27/2017

### Case Information
- **Case Type:** P00 - Property - Foreclosure
- **Court Location:** MIDDLETOWN JD
- **List Type:** No List Type
- **Trial List Claim:**
- **Last Action Date:** 03/08/2016 (The "last action date" is the date the information was entered in the system)

### Disposition Information
- **Disposition Date:** 10/13/2015
- **Disposition:** JUDGMENT OF STRICT FORECLOSURE
- **Judge or Magistrate:** HON EDWARD DOMNARSKI

### Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| P-01 | **WELLS FARGO BANK N.A.** | | Plaintiff |
| | Attorney: BENDETT & MCHUGH PC (102892) File Date: 02/29/2012<br>270 FARMINGTON AVENUE<br>SUITE 151<br>FARMINGTON, CT 06032 | | |
| D-50 | **JOVANA D ZACKOWSKI ADMINISTRATRIX OF THE EST** | | Defendant |
| | Self-Rep: 515 HUNTING HILL AVENUE    File Date: 03/14/2012<br>MIDDLETOWN, CT 06457 | | |
| D-51 | **JOVANA D ZACKOWSKI HEIR TO THE ESTATE OF PET** | | Defendant |
| | Self-Rep: 515 HUNTING HILL AVENUE    File Date: 03/14/2012<br>MIDDLETOWN, CT 06457 | | |
| D-52 | **PETER P ZACKOWSKI IV HEIR TO THE ESTATE OF** | | Defendant |
| | Self-Rep: 442 DOGWOOD ROAD    File Date: 03/16/2012<br>ORANGE, CT 06477 | | |
| D-53 | **DAVID A ZACKOWSKI HEIR TO THE ESTATE OF PET** | | Defendant |
| | Self-Rep: 515 HUNTING HILL AVENUE    File Date: 03/14/2012<br>MIDDLETOWN, CT 06457 | | |
| D-54 | **STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES**<br>Non-Appearing | | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an ✎ in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

| | | | ORDER 📄<br>*RESULT:* Denied 9/4/2012 HON LISA MORGAN | |
|---|---|---|---|---|
| 112.00 | 08/07/2012 | D | **MEMORANDUM IN SUPPORT OF MOTION** | No |
| 113.00 | 08/17/2012 | P | **MEMORANDUM IN OPPOSITION TO MOTION**<br>to Dismiss | No |
| 114.00 | 08/21/2012 | D | **NOTICE** | No |
| 115.00 | 08/30/2012 | P | **REQUEST TO EXTEND TIME TO RESPOND – P.B. Sec. 10-30, 10-40, 17-45** | No |
| 116.00 | 08/31/2012 | D | **MOTION - SEE FILE**<br>*RESULT:* Denied 9/18/2012 HON LISA MORGAN | No |
| 116.10 | 09/18/2012 | C | ORDER 📄<br>*RESULT:* Denied 9/18/2012 HON LISA MORGAN | No |
| 117.00 | 08/31/2012 | D | **MEMORANDUM IN SUPPORT OF MOTION** | No |
| 118.00 | 09/10/2012 | P | **OBJECTION TO MOTION**<br>*RESULT:* Sustained 9/18/2012 HON LISA MORGAN | No |
| 118.10 | 09/18/2012 | C | ORDER 📄<br>*RESULT:* Sustained 9/18/2012 HON LISA MORGAN | No |
| 119.00 | 09/20/2012 | D | **MOTION TO REARGUE/RECONSIDER**<br>*RESULT:* Denied 10/9/2012 HON LISA MORGAN | No |
| 119.10 | 10/09/2012 | C | ORDER 📄<br>*RESULT:* Denied 10/9/2012 HON LISA MORGAN | No |
| 120.00 | 10/05/2012 | P | **OBJECTION TO MOTION**<br>to Reargue Set Aside the Denial of Defendants Motion to Dismiss<br>*RESULT:* Sustained 10/9/2012 HON LISA MORGAN | No |
| 120.10 | 10/09/2012 | C | ORDER 📄<br>*RESULT:* Sustained 10/9/2012 HON LISA MORGAN | No |
| 121.00 | 10/16/2012 | D | **MOTION TO DISMISS**<br>*RESULT:* Denied 6/24/2013 HON SHELLEY MARCUS | Yes |
| 121.10 | 06/24/2013 | C | ORDER 📄<br>*RESULT:* Denied 6/24/2013 HON SHELLEY MARCUS | No |
| 122.00 | 10/16/2012 | D | **MEMORANDUM IN SUPPORT OF MOTION** | No |
| 123.00 | 10/16/2012 | D | **AFFIDAVIT** | No |
| 124.00 | 10/16/2012 | D | **AFFIDAVIT** | No |
| 125.00 | 10/16/2012 | D | **AFFIDAVIT** | No |
| 126.00 | 10/24/2012 | P | **REQUEST TO EXTEND TIME TO RESPOND – P.B. Sec. 10-30, 10-40, 17-45**<br>*RESULT:* Granted 10/25/2012 BY THE CLERK | No |
| 126.10 | 10/25/2012 | C | ORDER 📄<br>*RESULT:* Granted 10/25/2012 BY THE CLERK | No |
| 127.00 | 10/25/2012 | P | **OBJECTION RE DISCOVERY OR DISCLOSURE** | No |
| 128.00 | 05/14/2013 | P | **OBJECTION TO MOTION TO DISMISS**<br>*RESULT:* Sustained 6/24/2013 HON SHELLEY MARCUS | Yes |
| 128.10 | 06/24/2013 | C | ORDER 📄<br>*RESULT:* Sustained 6/24/2013 HON SHELLEY MARCUS | No |
| 129.00 | 05/14/2013 | P | **MEMORANDUM IN OPPOSITION TO MOTION** | No |
| 130.00 | 05/24/2013 | D | **REQUEST** | No |
| 131.00 | 05/24/2013 | D | **REQUEST** | No |
| 132.00 | 06/11/2013 | D | **NOTICE** | No |
| 133.00 | 06/17/2013 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Denied 6/18/2013 HON JULIA AURIGEMMA | No |
| 133.10 | 06/18/2013 | C | ORDER 📄<br>*RESULT:* Denied 6/18/2013 HON JULIA AURIGEMMA | No |
| 134.00 | 06/21/2013 | D | **REQUEST** | No |

| No. | Date | Party | Description | |
|---|---|---|---|---|
| 135.00 | 07/08/2013 | D | **MOTION FOR ARTICULATION**<br>*RESULT:* Denied 7/19/2013 HON JULIA AURIGEMMA | No |
| 135.10 | 07/19/2013 | C | **ORDER**<br>*RESULT:* Denied 7/19/2013 HON JULIA AURIGEMMA | No |
| 136.00 | 07/08/2013 | D | **MOTION FOR ARTICULATION**<br>*RESULT:* Order 7/22/2013 HON SHELLEY MARCUS | No |
| 136.10 | 07/22/2013 | C | **ORDER**<br>*RESULT:* Order 7/22/2013 HON SHELLEY MARCUS | No |
| 137.00 | 07/10/2013 | P | **MOTION FOR DEFAULT-FAILURE TO PLEAD**<br>*RESULT:* Granted 7/24/2013 BY THE CLERK | No |
| 137.10 | 07/24/2013 | C | **ORDER**<br>*RESULT:* Granted 7/24/2013 BY THE CLERK | No |
| 138.00 | 07/15/2013 | D | **NOTICE OF INTENTION TO APPEAL** | No |
| 139.00 | 07/15/2013 | D | **MOTION TO REARGUE/RECONSIDER**<br>*RESULT:* Denied 7/18/2013 HON SHELLEY MARCUS | No |
| 139.10 | 07/18/2013 | C | **ORDER**<br>*RESULT:* Denied 7/18/2013 HON SHELLEY MARCUS | No |
| 140.00 | 07/26/2013 | P | **MOTION FOR SUMMARY JUDGMENT**<br>*RESULT:* Granted 4/29/2015 HON JULIA AURIGEMMA<br>Last Updated: Result Information - 04/30/2015 | Yes |
| 140.10 | 04/29/2015 | C | **ORDER**<br>*RESULT:* Granted 4/29/2015 HON JULIA AURIGEMMA | No |
| 140.20 | 04/29/2015 | C | **INTERLOCUTORY JUDGMENT-GENERAL**<br>*RESULT:* Granted 4/29/2015 HON JULIA AURIGEMMA | No |
| 141.00 | 07/26/2013 | P | **MEMORANDUM IN SUPPORT OF MOTION** | No |
| 142.00 | 07/31/2013 | D | **REQUEST TO EXTEND TIME TO RESPOND - MOTION FOR SUMMARY JUDGMENT PB 17-45**<br>*RESULT:* Order 8/5/2013 HON SHELLEY MARCUS | No |
| 142.10 | 08/05/2013 | C | **ORDER**<br>*RESULT:* Order 8/5/2013 HON SHELLEY MARCUS | No |
| 143.00 | 08/15/2013 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 8/15/2013 HON JULIA AURIGEMMA | No |
| 143.10 | 08/15/2013 | C | **ORDER**<br>*RESULT:* Granted 8/15/2013 HON JULIA AURIGEMMA | No |
| 144.00 | 08/15/2013 | D | **ANSWER AND SPECIAL DEFENSE AND COUNTERCLAIM** | No |
| 145.00 | 08/15/2013 | D | **MOTION TO OPEN DEFAULT** | No |
| 146.00 | 08/23/2013 | P | **REQUEST TO AMEND AND AMENDMENT** | No |
| 147.00 | 08/29/2013 | D | **MOTION FOR ARTICULATION**<br>*RESULT:* Denied 9/4/2013 HON JULIA AURIGEMMA | No |
| 147.10 | 09/04/2013 | C | **ORDER**<br>*RESULT:* Denied 9/4/2013 HON JULIA AURIGEMMA | No |
| 148.00 | 08/29/2013 | D | **MOTION TO COMPEL**<br>*RESULT:* Denied 9/16/2013 HON JULIA AURIGEMMA | No |
| 148.10 | 09/16/2013 | C | **ORDER**<br>*RESULT:* Denied 9/16/2013 HON JULIA AURIGEMMA | No |
| 149.00 | 09/11/2013 | P | **OBJECTION TO MOTION**<br>*RESULT:* Sustained 9/16/2013 HON JULIA AURIGEMMA | No |
| 149.10 | 09/16/2013 | C | **ORDER**<br>*RESULT:* Sustained 9/16/2013 HON JULIA AURIGEMMA | No |
| 150.00 | 09/23/2013 | D | **MOTION FOR CLARIFICATION-COURT ORDER**<br>*RESULT:* Denied 9/24/2013 HON JULIA AURIGEMMA | No |
| 150.10 | 09/24/2013 | C | **ORDER**<br>*RESULT:* Denied 9/24/2013 HON JULIA AURIGEMMA | No |
| 151.00 | 09/27/2013 | D | **MOTION TO REARGUE/RECONSIDER**<br>*RESULT:* Denied 10/3/2013 HON JULIA AURIGEMMA | No |

| | | | | |
|---|---|---|---|---|
| 151.10 | 10/03/2013 | C | ORDER 📄<br>*RESULT:* Denied 10/3/2013 HON JULIA AURIGEMMA | No |
| 152.00 | 09/30/2013 | D | **MOTION IN LIMINE** | No |
| 153.00 | 09/30/2013 | D | **OBJECTION TO MOTION** | No |
| 153.25 | 09/30/2013 | D | **MEMORANDUM IN SUPPORT OF MOTION** | No |
| 153.50 | 09/30/2013 | D | **AFFIDAVIT** | No |
| 154.00 | 02/26/2015 | P | **MOTION FOR PERMISSION TO FILE BRIEF LONGER THAN PERMITTED BY RULE PB 4-6**<br>*RESULT:* Granted 3/16/2015 HON JULIA AURIGEMMA | No |
| 154.10 | 03/16/2015 | C | ORDER 📄<br>*RESULT:* Granted 3/16/2015 HON JULIA AURIGEMMA | No |
| 155.00 | 02/26/2015 | P | **MOTION TO STRIKE**<br>*RESULT:* Off 5/4/2015 HON JULIA AURIGEMMA | Yes |
| 155.10 | 05/04/2015 | C | ORDER 📄<br>*RESULT:* Off 5/4/2015 HON JULIA AURIGEMMA | No |
| 156.00 | 02/26/2015 | P | **MEMORANDUM IN SUPPORT OF MOTION** | No |
| 157.00 | 03/10/2015 | D | **MOTION FOR EXTENSION OF TIME**<br>*RESULT:* Denied 3/23/2015 HON JULIA AURIGEMMA | No |
| 157.10 | 03/23/2015 | C | ORDER 📄<br>*RESULT:* Denied 3/23/2015 HON JULIA AURIGEMMA | No |
| 158.00 | 03/10/2015 | D | **OBJECTION** | No |
| 159.00 | 03/18/2015 | D | **OBJECTION** | No |
| 160.00 | 03/26/2015 | D | **MOTION FOR ARTICULATION**<br>Motion for Articulation of Order 157.10 of Judge Julia L. Aurigemma Dated 03.23.15<br>*RESULT:* Denied 3/26/2015 HON JULIA AURIGEMMA | No |
| 160.10 | 03/26/2015 | C | ORDER 📄<br>*RESULT:* Denied 3/26/2015 HON JULIA AURIGEMMA | No |
| 161.00 | 03/30/2015 | D | **MOTION FOR ORDER**<br>D Motion for Review of Denial of Motion for Articulation by Judge Aurigemma (No. 157, 157.1 & 160) | No |
| 162.00 | 03/30/2015 | D | **MOTION TO VACATE ORDER**<br>D Motion to Reargue Defendants Request for Extension of Time and Vacate Judge's Order No 157.1 | No |
| 163.00 | 04/09/2015 | D | **MOTION TO DISMISS PB 10-30**<br>Defendants Motion to Dismiss | Yes |
| 164.00 | 04/09/2015 | D | **MEMORANDUM IN SUPPORT OF MOTION**<br>Defendants Memorandun of Law in Support of Motion to Dismiss | No |
| 165.00 | 04/09/2015 | D | **AFFIDAVIT**<br>Affidavit of JoVana D Zackowski in Support of Defendants Motion to Dismiss | No |
| 166.00 | 04/09/2015 | D | **AFFIDAVIT**<br>Defendants Affidavit of Peter P Zackowski IV in Support of Motion to Dismiss | No |
| 167.00 | 04/10/2015 | P | **MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS PB 10-31** | No |
| 168.00 | 04/10/2015 | D | **EXHIBITS**<br>Exhibit in support of Affidavit (Docket 165) - Fiduciary's Probate Certificate - JDV as Executor | No |
| 169.00 | 04/10/2015 | D | **EXHIBITS**<br>Exhibit in support of Affidavit (Docket 166) - Fiduciary's Probate Certificate - PPZ IV as Executor | No |
| 170.00 | 04/29/2015 | C | MEMORANDUM OF DECISION ON MOTION 📄 | No |
| 171.00 | 06/04/2015 | P | **MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20**<br>*RESULT:* Granted 6/17/2015 BY THE CLERK | No |
| 171.10 | 06/17/2015 | C | ORDER 📄<br>*RESULT:* Granted 6/17/2015 BY THE CLERK | No |

| | | | | |
|---|---|---|---|---|
| 172.00 | 06/04/2015 | P | AFFIDAVIT OF COMPLIANCE WITH EMAP | No |
| 173.00 | 05/07/2015 | D | MOTION FOR REVIEW | No |
| 174.00 | 08/20/2015 | P | PRELIMINARY STATEMENT OF DEBT | No |
| 175.00 | 09/24/2015 | P | MOTION FOR JUDGMENT-STRICT FORECLOSURE<br>RESULT: Order 10/13/2015 HON EDWARD DOMNARSKI | Yes |
| 175.10 | 10/13/2015 | C | ORDER<br>RESULT: Order 10/13/2015 HON EDWARD DOMNARSKI | No |
| 176.00 | 10/07/2015 | P | MILITARY AFFIDAVIT<br>Peter P. Zackowski, IV | No |
| 177.00 | 10/07/2015 | P | MILITARY AFFIDAVIT<br>David A. Zackowski | No |
| 178.00 | 10/07/2015 | P | MILITARY AFFIDAVIT<br>JoVana D. Zackowski | No |
| 179.00 | 10/07/2015 | P | FORECLOSURE WORKSHEET JD-CV-77 | No |
| 180.00 | 10/07/2015 | P | AFFIDAVIT OF DEBT | No |
| 181.00 | 10/07/2015 | P | AFFIDAVIT RE: ATTORNEY/COUNSEL FEES | No |
| 182.00 | 10/07/2015 | P | OATH OF APPRAISERS | No |
| 183.00 | 10/07/2015 | P | APPRAISAL<br>Current Appraisal dated June 3, 2015 | No |
| 184.00 | 10/07/2015 | P | APPRAISAL<br>1st Appraisal dated August 1, 2013 | No |
| 185.00 | 10/09/2015 | D | OBJECTION TO MOTION<br>RESULT: Overruled 10/13/2015 HON EDWARD DOMNARSKI | No |
| 185.10 | 10/13/2015 | C | ORDER<br>RESULT: Overruled 10/13/2015 HON EDWARD DOMNARSKI | No |
| 186.00 | 10/13/2015 | D | OBJECTION TO MOTION<br>D Obj to P Mot for Judgement of Strict Foreclosure (175.00) and Finding of Entitlement of Possession | No |
| 187.00 | 10/13/2015 | C | JUDGMENT OF STRICT FORECLOSURE<br>RESULT: HON EDWARD DOMNARSKI | No |
| 188.00 | 10/21/2015 | P | NOTICE TO ALL PARTIES | No |
| 189.00 | 12/31/2015 | D | MOTION TO OPEN JUDGMENT<br>RESULT: Denied 3/7/2016 HON JULIA AURIGEMMA | No |
| 189.10 | 03/07/2016 | C | ORDER<br>RESULT: Denied 3/7/2016 HON JULIA AURIGEMMA | No |
| 190.00 | 02/18/2016 | P | OBJECTION TO MOTION | No |
| 191.00 | 03/08/2016 | D | MEMORANDUM IN SUPPORT OF MOTION<br>SUPPLEMENTAL MEMORANDUM TO DEFENDANTS? MOTION TO OPEN JUDGMENT & DISMISS ACTION | No |

| Scheduled Court Dates as of 12/26/2017 | | | | |
|---|---|---|---|---|
| MMX-CV12-6007087-S - WELLS FARGO BANK, N.A. v. ZACKOWSKI, ADMINISTRATRIX OF THE EST, JOVANA Et Al | | | | |
| # | Date | Time | Event Description | Status |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2017, State of Connecticut Judicial Branch

Page Created on 12/27/2017 at 3:12:47 PM

http://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=MMXCV126...    12/27/2017

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| **Entry No** | **File Date** | **Filed By** | **Description** | **Arguable** |
|  | 02/29/2012 | P | SUMMONS |  |
|  | 02/29/2012 | P | COMPLAINT |  |
|  | 02/29/2012 | P | RETURN OF SERVICE |  |
|  | 02/29/2012 | P | ADDITIONAL PARTIES PAGE |  |
|  | 03/14/2012 |  | APPEARANCE |  |
|  | 03/14/2012 |  | APPEARANCE |  |
|  | 03/14/2012 |  | APPEARANCE |  |
|  | 03/16/2012 |  | APPEARANCE |  |
| 100.00 | 02/29/2012 | C | FORECLOSURE MEDIATION -- ELIGIBLE CASE (NO DOCUMENT) | No |
| 100.50 | 03/05/2012 | C | FORECLOSURE MEDIATION-COMPLIANCE WITH P.A.09-209 (NO DOCUMENT) SEE FORM# JD-CV-109 | No |
| 100.51 | 02/29/2012 | P | FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT) | No |
| 101.00 | 02/29/2012 | P | AFFIDAVIT FEDERAL LOSS MITIGATION PROGRAMS (JD-CL-114) | No |
| 102.00 | 03/29/2012 | C | FORECLOSURE MEDIATION TIME PERIOD EXPIRED | No |
| 103.00 | 03/29/2012 | D | REQUEST TO EXTEND TIME TO RESPOND TO INTERROGATORIES OR PRODUCTION REQ P.B. 13-7(a)(2)/13-10(a)(2) | No |
| 104.00 | 04/03/2012 | D | REQUEST TO EXTEND TIME TO RESPOND TO INTERROGATORIES OR PRODUCTION REQ P.B. 13-7(a)(2)/13-10(a)(2) | No |
| 104.50 | 04/30/2012 | D | REQUEST TO EXTEND TIME TO RESPOND TO INTERROGATORIES OR PRODUCTION REQ P.B. 13-7(a)(2)/13-10(a)(2) | No |
| 105.00 | 05/04/2012 | D | REQUEST | No |
| 106.00 | 05/30/2012 | D | REQUEST TO EXTEND TIME TO RESPOND -- P.B. Sec. 10-30, 10-40, 17-45 | No |
| 107.00 | 06/04/2012 | D | REQUEST | No |
| 108.00 | 07/12/2012 | D | REQUEST TO EXTEND TIME TO RESPOND -- P.B. Sec. 10-30, 10-40, 17-45 | No |
| 109.00 | 08/01/2012 | P | OBJECTION TO EXTENSION OF TIME MOTION | No |
| 110.00 | 08/06/2012 | D | OBJECTION | No |
| 111.00 | 08/07/2012 | D | MOTION TO DISMISS<br>*RESULT:* Denied 9/4/2012 HON LISA MORGAN | Yes |
| 111.10 | 09/04/2012 | C |  | No |

Ex B

DOCKET NUMBER: **MMXCV126007087S**  
WELLS FARGO BANK N.A.  
vs.  
JOVANA D ZACKOWSKI ADMINISTRATRIX OF  
THE EST ET AL

JUDICIAL DISTRICT  
OF MIDDLESEX  
AT MIDDLETOWN

JUDGMENT DATE:  
**Tuesday, October 13, 2015**

### Notice of Judgment of Strict Foreclosure

Property Address: 515 Hunting Hill Avenue, Middletown, CT

**Judgment of Strict Foreclosure is hereby entered as follows:**

| | |
|---|---|
| Debt: $283,292.01 | Appraisal Fee: $620.00 |
| Attorney Fees: $9,050.00 | Title Search Fee: $225.00 |
| Total: $292,342.01 | Fair Market Value: $185,000.00 |

LAW DAY SET FOR Monday, January 04, 2016, for the owner of the equity of redemption, and subsequent days for subsequent encumbrancers in the inverse order of their priorities.

BY THE COURT (**Edward S. Domnarski, J.**)

, TAC

Ethan Kuritz

*Copies sent to:*  
*JDNO Sent*

EK  
10/14/15

187.00