UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN   DIVISION

| | |
|---|---|
| IN RE: Jovana D. Zackowski | ) Chapter 13 |
| | ) Case No. 17-31724 (AMN) |
| Debtor(s) | ) December 27, 2017 |

TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Roberta Napolitano, Chapter 13 Standing Trustee, (Trustee) objects to the claim of exemption of the Debtor herein.

No specific statutory basis for the exemption is stated.

[A]n interested party must object to a claimed exemption if the amount the debtor lists as the 'value claimed exempt' is not within statutory limits." Schwab v. Reilly, 130 S.Ct. 2652, 2667 (2010).  This Court wrote, discussing Taylor v. Freeland & Kronz, 503 U.S. 638, 112 S.Ct. 1644, 118 L.Ed.2d 280 (1992): "In Taylor, the debtor claimed as exempt the "Proceeds from lawsuit--v. TWA", id. at 640, 112 S.Ct. at 1646, and thereby laid claim, with fair notice, to all of the proceeds of such lawsuit regardless of the actual and resulting value of such proceeds."   In re DeSoto, 181 B.R. 704, 707 (Bkrtcy.D.Conn.1995).

Wherefore, pursuant to 11 USC 522(1) and Bankruptcy Rule 4003(b) the Trustee requests that her objection be sustained.

Roberta Napolitano
Chapter 13 Trustee


/s/Patrick Crook_____
By Patrick Crook
Staff Attorney
Roberta Napolitano
Federal Bar No.: CT07670
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel:  860-278-9410, ext. 130
pcrook@ch13rn.com

1

CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004 the undersigned certifies that on the 27th day of December 2017 the following documents were served on the United States Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

Documents Served:

Objection to Exemption

Parties Served via first class mail

**Jovana D. Zackowski**
515 Hunting Hill Ave
Middletown, CT 06457

                                                    ___/s/Patrick Crook___
                                                        Patrick Crook

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN  DIVISION

IN RE: Jovana D. Zackowski           ) Chapter 13
                                     ) Case No. 17-31724 (AMN)
       Debtor(s)                     ) December 27, 2017

**Order Disallowing Debtor Exemption**

Upon the Chapter 13 Trustee's Objection to the Debtor's Claim of Exemptions as to a personal injury claim ECF No. , having been heard by the Court after notice, it is hereby

ORDERED, that the Debtor's Claims of Exemptions are hereby disallowed pursuant to 11 USC 522(l).