# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

**In re:**

**Jovana D. Zackowski**
     Debtor

**WELLS FARGO BANK, N.A.**
     Movant

vs.

**Jovana D. Zackowski**
     Respondent

**Roberta Napolitano**
     Respondent

**Chapter 13**
**Case No. 17-31724**

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 12th day of January, 2018 the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

Documents Served:

1.    Notice of Hearing

2.    Certificate of Service

    /s/ Patricia Davis, Esq.
    Patricia Davis, Esq. #25753
    Marinosci Law Group, P.C.
    275 West Natick Road, Suite 500
    Warwick, RI 02886
    Telephone: (401) 234-9200

<u>VIA ECF</u>
U.S. Trustee, on behalf of the US Trustee
Roberta Napolitano, Esq., on behalf of US Trustee

<u>VIA US MAIL</u>

Jovana D. Zackwoski
515 Hunting Hill Ave
Middletown, CT 06457

Town of Middletown
245 deKoven Drive
Middletown, CT 06457

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 2, 2018

In re:
Jovana D. Zackowski
Debtor*

Case Number: 17–31724 amn
Chapter: 13

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **February 6, 2018** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion for Relief from Stay regarding 515 Hunting Hill Avenue, Middletown, CT 06457. Filed by Patricia Davis on behalf of Secretary of Veterans Affairs, an Officer of, Creditor. (Re: Doc #27)**

**OBJECTION(S) DUE:** January 10, 2018 before 4:00 p.m.

**CERTIFICATE OF SERVICE DUE:** January 30, 2018 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: January 2, 2018

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – es

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the **initial hearing**, you must file a request for continuance of initial hearing (refer to court's website at www.ctb.uscourts.gov for the official form). Any subsequent requests for continuance require the filing of a Motion to Continue Hearing.

Myrna Atwater, Clerk of Court